IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JULIE ANN ROBINSON                                                                            PLAINTIFF

v.                                     Case No. 5:16-CV-5269

ARCO ENVIRONMENTS, INC.                                                              DEFENDANT

## **JUDGMENT**

Pursuant to the order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that this matter is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 24th day of May, 2017.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE